*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

CODY LAWRENCE WILLETT,

      Defendant-Appellant.

UNPUBLISHED
February 11, 2021

No. 348942
Kent Circuit Court
LC No. 18-002163-FH

Before: BECKERING, P.J., and SAWYER and SHAPIRO, JJ.

Sawyer, J. (*concurring*).

      I concur in the result only.

                              /s/ David H. Sawyer